IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 1:18CR000054SNLJ (ACL) |
| ) | |
| WILLIE BERNARD HOLLYWOOD, ) | Title 21, U.S.C. § 841(a)(1) & 846 |
| ELME RAMON SANCHEZ BELTRAN, ) | |
| JUAN MANUEL CARRASCO, ) | |
| ) | |
| Defendants. ) | Forfeiture Allegations |

# INDICTMENT

Count I

**THE GRAND JURY CHARGES THAT:**

Beginning at a time unknown to the Grand Jury but including on or about March 8, 2018, in Dunklin County, in the Eastern District of Missouri and elsewhere, **Willie Bernard Hollywood, Elme Ramon Sanchez Beltran** and **Juan Manuel Carrasco,** the defendants herein, did knowingly, willfully and intentionally combine, conspire, confederate and agree together and with other persons known and unknown to the Grand Jury, to knowingly and intentionally distribute 500 grams or more of a mixture or substance containing methamphetamine, a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and punishable under Title 21, United States Code, Section 841(b)(1)(A)(viii). All in violation of Title 21, United States Code, Section 846.

Count II

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about March 8, 2018, in Dunklin County, Missouri, in the Eastern District of

Missouri, **Willie Bernard Hollywood, Elme Ramon Sanchez Beltran** and **Juan Manuel Carrasco,** the defendants herein, knowingly and intentionally possessed with intent to distribute five hundred grams or more of a mixture or substance containing a detectable amount of methamphetamine, a controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1) and punishable under Title 21, United States Code, Section 841(b)(1)(A)(viii).

## FORFEITURE ALLEGATION

The Grand Jury further finds by probable cause that:

1. Pursuant to Title 21, United States Code, Section 853(a), upon conviction of an offense in violation of Title 21, United States Code, Sections 841(a)(1) and 864, as set forth in this Indictment, the defendant shall forfeit to the United States of America any property, constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as a result of such violations and any property used, or intended to be used, in any manner or part to commit or to facilitate the commission of such violations.

2. Subject to forfeiture is a sum of money equal to the total value of property constituting, or derived from, any proceeds obtained directly or indirectly as a result of the defendant's offenses.

3. The specific property subject to forfeiture includes, but is not limited to the following: Approximately seventy three thousand, nine hundred and sixty dollars and no cents ($73,960.00) United States Currency seized on or about March 8, 2018, in the vicinity of Kennett, Dunklin County, Missouri;

4. If any of the property described above, as a result of any act or omission of the defendants:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty,

the United States of America will be entitled to the forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p).

A TRUE BILL

_____
Foreperson

JEFFREY B. JENSEN
United States Attorney

_____
Tim J. Willis, # 62428MO
Special Assistant United States Attorney