


Search for Cases by: Select Search Method...

Judicial Links | eFiling | Help | Contact Us | Print       GrantedPublicAccess  Logoff ZACHARYBOROWIAK

**13R019548547-01 - ST V ROBERT M HAYES**

| Case Header | Parties & Attorneys | Docket Entries | Charges, Judgments & Sentences | Service Information | Filings Due | Scheduled Hearings & Trials | Civil Judgments | Garnishments/ Execution |

This information is provided as a service and is not considered an official court record.

Click here to QuickFile on behalf of the Selected Party.

○ **HAYES , ROBERT M , Defendant**     represented by     **BATEK , GEORGE A , Public Defender**
224 NORTH EIGHTH STREET
COLUMBIA, MO 65201

Year of Birth: 1954

**ADDITIONAL ATTORNEYS**

**CRANE , KEVIN M J , Prosecuting Attorney**
BOONE CO COURTHOUSE
705 E. WALNUT
COLUMBIA, MO 65201-4487

Click here to receive MOVANS phone/e-mail notices of future hearings on this case

Case.net Version 5.14.0.17         Return to Top of Page         Released 11/25/2019

Exhibit 8
Page 1 of 8




| | |
|---|---|
| Judicial Links | eFiling | Help | Contact Us | Print | GrantedPublicAccess  Logoff ZACHARYBOROWIAK |

**13R019548547-01 - ST V ROBERT M HAYES**

Case Header | Parties & Attorneys | Docket Entries | Charges, Judgments & Sentences | Service Information | Filings Due | Scheduled Hearings & Trials | Civil Judgments | Garnishments/Execution

This information is provided as a service and is not considered an official court record.

### Charge/Judgment

**Description:** Robbery - 1st Degree { *Felony A RSMo: 569.020* }

**Date:** 11/28/1995    **Code:** 1201000    **Disposition:** *Jury Verdict-Guilty - 04/02/1996*

**OCN:** 95096646

### Sentence

**Sentence:** Incarceration DOC

**Start Date:** 06/03/1996    **Length:** 20 Years

**Text:** SAID SENTENCES IN CT I, II AND III TO BE SERVED CONSECUTIVELY TO EACH OTHER AND NOT CONCURRENTLY. DEFENDANT GIVEN LEAVE TO PROCEED IN FORMA PAUPERIS. APPEAL BOND FIXED AT $250,000. PUBLIC DEFENDER GIVEN LEAVE TO WITHDRAW UPON STATE PD ENTERING THEIR APPEARANCE.;

### Next Charge/Judgment

**Description:** Kidnapping { *Felony A RSMo: 565.110* }

**Date:** 11/28/1995    **Code:** 1601000    **Disposition:** *Jury Verdict-Guilty - 04/02/1996*

**OCN:** 95096646

### Sentence

**Sentence:** Incarceration DOC

**Start Date:** 06/03/1996    **Length:** 20 Years

**Text:** SAME ENTRY AS CT I;

### Next Charge/Judgment

**Description:** Armed Criminal Action { *Felony Unclassified RSMo: 571.015* }

**Date:** 11/28/1995    **Code:** 3101000    **Disposition:** *Jury Verdict-Guilty - 04/02/1996*

**OCN:** 95096646

### Sentence

**Sentence:** Incarceration DOC

**Start Date:** 06/03/1996    **Length:** 5 Years

**Text:** SAME ENTRY AS CT I;

Click here to receive MOVANS phone/e-mail notices of future hearings on this case

Exhibit 8
Page 2 of 8

 

Search for Cases by: Select Search Method...

| Judicial Links | eFiling | Help | Contact Us | Print |

GrantedPublicAccess  Logoff ZACHARYBOROWIAK

**13R019548577-01 - ST V DAWN J JAMES**

| Case Header | Parties & Attorneys | Docket Entries | Charges, Judgments & Sentences | Service Information | Filings Due | Scheduled Hearings & Trials | Civil Judgments | Garnishments/ Execution |

This information is provided as a service and is not considered an official court record.

**Click here to QuickFile on behalf of the Selected Party.**

○ **JAMES , DAWN J , Defendant**     represented by     **PAWLEY , THOMAS DESIRE IV , Public Defender**

#12 FREEBURG ESTATES
FREEBURG, MO 65035-0

718 LAFAYETTE STREET
JEFFERSON CITY, MO 65101

**Year of Birth:** 1972

### ADDITIONAL ATTORNEYS

**CRANE , KEVIN M J , Prosecuting Attorney**
BOONE CO COURTHOUSE
705 E. WALNUT
COLUMBIA, MO 65201-4487

Click here to receive MOVANS phone/e-mail notices of future hearings on this case

Case.net Version 5.14.0.17         Return to Top of Page         Released 11/25/2019

Exhibit 8
Page 3 of 8

<a><p>header</p></a>

 

Judicial Links | eFiling | Help | Contact Us | Print    GrantedPublicAccess  Logoff ZACHARYBOROWIAK

**13R019548577-01 - ST V DAWN J JAMES**

| Case Header | Parties & Attorneys | Docket Entries | Charges, Judgments & Sentences | Service Information | Filings Due | Scheduled Hearings & Trials | Civil Judgments | Garnishments/ Execution |

*This information is provided as a service and is not considered an official court record.*

### Charge/Judgment

**Description:** Robbery - 2nd Degree *{ Felony B RSMo: 569.030 }*

**Date:** 11/28/1995    **Code:** 1202000    **Disposition:** *Guilty Plea* - 07/28/1997

#### Sentence

**Sentence:** Incarceration DOC

**Start Date:** 07/28/1997    **Length:** 15 Years

**Text:** SAID SENTENCES TO BE SERVED CONCURRENTLY WITH EACH OTHER AND WITH SENTENCE NOW BEING SERVED.;

### Next Charge/Judgment

**Description:** Kidnapping - Facilitating A Felony - Inflicting Injury - Terrorizing *{ Felony B RSMo: 565.110 }*

**Date:** 11/28/1995    **Code:** 1602000    **Disposition:** *Guilty Plea* - 07/28/1997

#### Sentence

**Sentence:** Incarceration DOC

**Start Date:** 07/28/1997    **Length:** 15 Years

**Text:** SAME ENTRY AS CT I.;

[Click here to receive MOVANS phone/e-mail notices of future hearings on this case](#)

Case.net Version 5.14.0.17    Return to Top of Page    Released 11/25/2019

Exhibit 8
Page 4 of 8

 

Search for Cases by: Select Search Method...

Judicial Links | eFiling | Help | Contact Us | Print     GrantedPublicAccess  Logoff ZACHARYBOROWIAK

**13R019548576-01 - ST V JOSEPH R JONES**

| Case Header | Parties & Attorneys | Docket Entries | Charges, Judgments & Sentences | Service Information | Filings Due | Scheduled Hearings & Trials | Civil Judgments | Garnishments/ Execution |

This information is provided as a service and is not considered an official court record.

**Click here to QuickFile on behalf of the Selected Party.**

○ **JONES , JOSEPH R , Defendant**   represented by   **CARPENTER , CHRISTINE , Attorney for Defendant**

605 A LOCUST
JEFFERSON CITY, MO 65201

BOONE COUNTY COURTHOUSE
705 EAST WALNUT STREET
COLUMBIA, MO 65201

**Year of Birth:** 1977

### ADDITIONAL ATTORNEYS

**CRANE , KEVIN M J , Prosecuting Attorney**
BOONE CO COURTHOUSE
705 E. WALNUT
COLUMBIA, MO 65201-4487

Click here to receive MOVANS phone/e-mail notices of future hearings on this case

Case.net Version 5.14.0.17     Return to Top of Page     Released 11/25/2019

Exhibit 8
Page 5 of 8

 

| | |
|---|---|
| Judicial Links | eFiling | Help | Contact Us | Print | GrantedPublicAccess  Logoff ZACHARYBOROWIAK |

**13R019548576-01 - ST V JOSEPH R JONES**

Case Header | Parties & Attorneys | Docket Entries | Charges, Judgments & Sentences | Service Information | Filings Due | Scheduled Hearings & Trials | Civil Judgments | Garnishments/Execution

This information is provided as a service and is not considered an official court record.

### Charge/Judgment

**Description:** Robbery - 2nd Degree { *Felony B RSMo: 569.030* }

**Date:** 11/28/1995  **Code:** 1202000  **Disposition:** *Guilty Plea* - 03/23/1998

**OCN:** 97316257

#### Sentence

**Sentence:** Incarceration DOC

**Start Date:** 03/23/1998  **Length:** 10 Years

**Text:** SAID SENTENCES IN CT I AND CT II TO RUN CONSECUTIVELY AND NOT CONCURRENTLY. DEFENDANT GIVEN CREDIT FOR ALL TIME SERVED.;

### Next Charge/Judgment

**Description:** Armed Criminal Action { *Felony Unclassified RSMo: 571.015* }

**Date:** 11/28/1995  **Code:** 3101000  **Disposition:** *Guilty Plea* - 03/23/1998

**OCN:** 97316257

#### Sentence

**Sentence:** Incarceration DOC

**Start Date:** 03/23/1998  **Length:** 10 Years

**Text:** SAME ENTRY AS CT I;

Click here to receive MOVANS phone/e-mail notices of future hearings on this case

Case.net Version 5.14.0.17   Return to Top of Page   Released 11/25/2019

Exhibit 8
Page 6 of 8




Search for Cases by: Select Search Method...

Judicial Links | eFiling | Help | Contact Us | Print            GrantedPublicAccess  Logoff ZACHARYBOROWIAK

**13R019548546-01 - ST V WILLIE B HOLLYWOOD**

| Case Header | Parties & Attorneys | Docket Entries | Charges, Judgments & Sentences | Service Information | Filings Due | Scheduled Hearings & Trials | Civil Judgments | Garnishments/ Execution |

This information is provided as a service and is not considered an official court record.

**Click here to QuickFile on behalf of the Selected Party.**

○ **HOLLYWOOD , WILLIE B , Defendant**

**Year of Birth:** 1977

represented by   **VIETS , DANIEL L , Attorney for Defendant**
15 N. 10TH STREET
COLUMBIA, MO 65201

co-counsel   **BOROWIAK , ZACHARY JOSEPH , Atty Limited Representation**
225 S MERAMEC
STE 301
CLAYTON, MO 63105

**ADDITIONAL ATTORNEYS**

**CRANE , KEVIN M J , Prosecuting Attorney**
BOONE CO COURTHOUSE
705 E. WALNUT
COLUMBIA, MO 65201-4487

Click here to receive MOVANS phone/e-mail notices of future hearings on this case

Case.net Version 5.14.0.17            Return to Top of Page            Released 11/25/2019

Exhibit 8
Page 7 of 8




| Judicial Links | eFiling | Help | Contact Us | Print | GrantedPublicAccess Logoff ZACHARYBOROWIAK |

**13R019548546-01 - ST V WILLIE B HOLLYWOOD**

Case Header | Parties & Attorneys | Docket Entries | Charges, Judgments & Sentences | Service Information | Filings Due | Scheduled Hearings & Trials | Civil Judgments | Garnishments/Execution

This information is provided as a service and is not considered an official court record.

### Charge/Judgment

**Description:** Robbery - 1st Degree { Felony A RSMo: 569.020 }

**Date:** 11/28/1995    **Code:** 1201000    **Disposition:** *Guilty Plea* - 03/25/1996

### Sentence

**Sentence:** Incarceration DOC

**Start Date:** 07/01/1996    **Length:** 10 Years

**Text:** WITH SENTENCE FROM COLE COUNTY. PROBATION & PAROLE TO MAKE REPORT WITH RECOMMENDATION UNDER SEC. 559.115 R.S.M.O. ON OR BEFORE OCTOBER 9, 1996. FURTHER HEARING SET FOR OCTOBER 15, 1996 AT 10:30 A.M. IN DIV II.;

Click here to receive MOVANS phone/e-mail notices of future hearings on this case

Case.net Version 5.14.0.17    Return to Top of Page    Released 11/25/2019

Exhibit 8
Page 8 of 8