Alison Garagnani, RMR, CCR, CSR, CRR

Official Court Reporter

Rush Hudson Limbaugh, Sr. Courthouse

555 Independence Avenue

Cape Girardeau, MO 63703

July 14, 2021

Mr. Willie Hollywood #32129-044

Federal Correctional Institution McDowell

Post Office Box 1009

101 Federal Drive

Welch, WV 24801

In Re: USA v. Willie Bernard Hollywood, Cause No. 1:18CR00054 SNLJ

Estimate on Sentencing Transcript

Dear Mr. Hollywood:

I am in receipt of your letter requesting a sentencing transcript in your case. There was a sentencing hearing held in your case on August 24, 2020. The cost of preparing a transcript of the proceedings of August 24, 2020, is $80.30.
In order to complete your request to have these proceedings transcribed I will need a check or cashier's check in the amount of $80.30 made out to me, Alison Garagnani, and sent to me at the above address.

Please do not hesitate to contact me with any further questions. Thank you.

Sincerely,

*Alison Garagnani*

Alison Garagnani