UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 1:18-cr-00054-SNLJ |
| WILLIE BERNARD HOLLYWOOD, | ) ) ) |
| Defendant. | ) ) |

## MEMORANDUM AND ORDER

This matter is before the Court on defendant Willie Bernard Hollywood's motion for leave to proceed *in forma pauperis* on appeal. [Doc. 109]. Federal Rule of Appellate Procedure 24 requires a party seeking *in forma pauperis* status to file an affidavit that shows the party's inability to pay, claims an entitlement to redress, and states the issues that the party intends to present on appeal. Fed. R. App. P. 24(a)(1). Here, the defendant failed to meet those requirements. *See* [Docs. 108, 109].

Further, the appeal has not been taken in good faith. "An appeal may not be taken in forma pauperis if the trial court certifies in writing that it is not taken in good faith." 28 U.S.C. § 1915(a)(3); *see also* Fed. R. App. P. 24(a)(3)(A). The defendant appeals the denial of his motion for compassionate release and the denial of his motion to reconsider. [Doc. 108]. "A district court has broad discretion in determining whether proffered circumstances warrant a reduction in sentence." *United States v. Loggins*, 966 F.3d 891 (8th Cir. 2020). The Court considered all relevant factors, and denying the motion for compassionate release was a reasonable exercise of that discretion. Additionally, the

defendant failed to establish any manifest errors of law or fact warranting relief in his motion to reconsider.

Accordingly,

**IT IS HEREBY ORDERED** that the defendant's motion for leave to proceed *in forma pauperis* on appeal [Doc. 109] is **DENIED**. The defendant is advised that he may petition the Eighth Circuit Court of Appeals directly to seek *in forma pauperis* status. Fed. R. App. P. 24(a)(5).

**IT IS FURTHER ORDERED** that the Clerk of Court shall notify the Court of Appeals that this Court has denied the motion for leave to proceed *in forma pauperis* on appeal. *See* Fed. R. App. P. 24(a)(4)

**SO ORDERED** this 28th day of August, 2025.

_____
STEPHEN N. LIMBAUGH, JR.
SENIOR UNITED STATES DISTRICT JUDGE